**Order filed, May 27, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01016-CV

_____

### IN THE MATTER OF THE MARRIAGE OF LARA MARIE CHARPENTIER AND JASON WALTER CHARPENTIER, Appellant

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 12-FD-3409**

## ORDER

The reporter's record in this case was due **March 04, 2015**.  *See* Tex. R. App. P. 35.1.  On April 17, 2015 Ronald Vella attempted to file the record which was rejected because volume 11 was not in a PDF searchable format. The court has not received a corrected record, or a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Ronald Vella**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM